IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOSEPH J. MARCHIONI, | * | Case No.: 93-3389 (MD) |
| | * | Case No.: MDL-875 (PA) |
| Plaintiff | * | |
| v. | * | |
| ACandS, Inc., et al., | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * *

O R D E R

1.   On Motion of Paul A. Harper, Dolores M. Steel and Catherine M. Ermer for substitution in place of Joseph J. Marchioni, deceased, it appearing to the Court that the said Joseph J. Marchioni died testate on March 25, 1997; that the claim asserted by him in this action was not thereby extinguished; and that Paul A. Harper, Dolores M. Steel and Catherine M. Ermer have been duly appointed Co-Personal Representatives of the Estate of Joseph J. Marchioni, and are qualified and are acting as such.

   IT IS ORDERED, that Paul A. Harper, Dolores M. Steel and Catherine M. Ermer, Co-Personal Representatives of the Estate of Joseph J. Marchioni, be substituted as Plaintiffs herein in place of Joseph J. Marchioni, deceased, without prejudice to any proceedings heretofore had in this action, and that the title of the action be amended accordingly.

_____
JUDGE    Charles R. Weiner

DATE:  March 1, 2000

G:\WPFILES\2000DOCS.BSM\DOCBSM.003

(1)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-

IN RE: ASBESTOS PRODUCTS LIABILITY LIGIATION (VI) MDL 875

Dear Clerk:

Enclosed please find executed orders pertaining to the referenced ligation. Since our clerk's office is not maintaining the court records on the involved 70,000 actions, we are forwarding these orderes to you for summary entry on the individual dockets and distribution to counsel of record and other appropriate action.

Thank you in advance for your time and attention. If you have any questions, please call me at (267) 299-7017.

Sincerely,

MICHAEL E. KUNZ
CLERK OF COURT



Nicole Picariello
MDL Coordinator

Enclosure